Case 1:05-cr-00706-PGG   Document 4   Filed 02/23/06   Page 1 of 2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    UNSEALING ORDER

       - v -                       :    05 Cr. 706 (GEL)

PETER PELUSO,                      :

                                   :
              Defendant.
                                   :

- - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/06

Upon the application of Michael J. Garcia, United States Attorney for the Southern District of New York, by Assistant United States Attorney Miriam E. Rocah, it is hereby

ORDERED that as of 9:00 a.m. on February 23, 2006:

Information 05 Cr. 706 (GEL), United States v. Peter Peluso, shall be unsealed; and it is further

ORDERED that the transcript of the July 7, 2005 plea proceeding in United States v. Peter Peluso, shall also be unsealed.

Dated:   New York, New York
         February 23, 2006

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK